1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
12          Plaintiff,                         No. CR. S-09-0296 FCD
13      v.
14  SONG SUSHUMNA LANDIS,                      **RELATED CASE ORDER**
15
            Defendant.
16  _____/
17  UNITED STATES OF AMERICA,
18          Plaintiff,                         No. CR. S-10-0123 MCE
19      v.
20  SONG SUSHUMNA LANDIS,
21          Defendant.
    _____/
22
23
        Examination of the above-entitled actions reveals that they are related within the meaning
24
    of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based on
25
    similar questions of fact, and would therefore entail a substantial duplication of labor if heard by
26
    different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect
27
    a substantial savings of judicial effort and is also likely to be convenient for the parties.
28

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated, CR.S-10-0123 MCE is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as **CR. S-10-0123 FCD**.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE